UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL D. PHAIR,

                              Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                              Defendant.

Case No. 3:12-cv-06073-RBL-KLS

ORDER REVERSING AND
REMANDING DEFENDANT'S
DECISION TO DENY BENEFITS

        The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and

recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    the Court adopts the Report and Recommendation;

    (2)    the ALJ erred in her decision as described in the Report and Recommendation;

    (3)    the matter is therefore REVERSED and remanded to the Commissioner for further

            administrative proceedings; and

    (4)    the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's

            counsel and Magistrate Judge Karen L. Strombom.

DATED this 26th day of November, 2013.


                                    _____
                                    RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE

ORDER - 1